**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RASHAWNA R. JONES, | ) | CASE NO. 1: 25 CV 515 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James E. Grimes. (ECF #11) Plaintiff challenges the final decision the Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income and disability insurance benefits. Magistrate Judge Grimes recommends that the Commissioner's final decision be affirmed. (ECF #11) No objection to the Report and Recommendation has been filed.

**Standard of Review for a Magistrate Judge's Report and Recommendation**

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED R. CIV. P. 72(b) states:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

The text of Rule 72(b)(3) addresses only the review of portions of reports to which timely objections have been made; it does not indicate the appropriate standard of review for portions of the report to which no objections have properly been made. The Advisory Committee on Civil Rules commented on the standard of review stating, "when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citations omitted).

The U.S. Supreme Court stated: "It does not appear that Congress intended to require district court review of magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to these findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Here, no objection was filed by either party. Accordingly, this Court reviews the Report and Recommendation for a finding of clear error on the face of the record.

### Conclusion

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. As there is no clear error on the face of the record, the Report and Recommendation of Magistrate Judge Grimes (ECF #11) is ADOPTED. The final decision of the Commissioner denying Plaintiff's application for Supplemental Security Income and disability benefits is affirmed.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: March 4, 2026

-2-